OSCN Found Document:In re: Amendments to Rule 24-Voluntary Retired Certificate Status and Inactive Status of the Rules of the State Board of Examiners of Certified Shorthand Reporters

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

In re: Amendments to Rule 24-Voluntary Retired Certificate Status and Inactive Status of the Rules of the State Board of Examiners of Certified Shorthand Reporters2025 OK 70Decided: 10/13/2025Corrected Order: 10/14/2025THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 70, __ P.3d __

 

 

In re: Amendments to Rule 24 - Voluntary Retired Certificate Status and Inactive Status of the Rules of the State Board of Examiners of Certified Shorthand Reporters
 

 
 

ORDER

Rule 24 - Voluntary Retired Certificate Status and Inactive Status of the Oklahoma Rules of the State Board of Examiners of Certified Shorthand Reporters, Title 20, Chapter 20, Appendix 1, is hereby amended as shown on the attached Exhibit "A." The remainder of Rule 24 is unaffected by the amendment. The amended rule shall be effective immediately upon the date of issuance of this order.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 13th DAY OF OCTOBER, 2025.

/S/______________________________
CHIEF JUSTICE

ALL JUSTICES CONCUR.

EXHIBIT A

Oklahoma Rules of the State Board of Examiners of Certified Shorthand Reporters

Proposed Amendments

Rule 24 Voluntary Retired Certificate Status and Inactive Status

 

Rule 24. Voluntary Retired Certificate Status and Inactive Status

a)(1) A person enrolled in good standing as a certified shorthand reporter may apply to the Board to have his/her certificate placed in voluntary retired status. Such application must be in writing, in letter form, and submitted to the Administrative Director of the Courts.

(2) A person enrolled in good standing as a certified shorthand reporter may apply to the Board to have his/her certificate placed on inactive status. Such application must be in writing, in letter form, and submitted to the Administrative Director of the Courts.

b) To qualify for either retired or inactive status, a court reporter's certificate must be current. A payment of any accrued certificate renewal fee, delinquent payment fee, continuing education penalty fee, or continuing education suspension fee must be submitted with the application for retired or inactive status. If the court reporter's certificate is current and in good standing, no fee is required to apply for retired or inactive status.

c) Qualifying applications for voluntary retired status and inactive status may be granted without formal action by the Board.

d) The Board shall deny a request to place a court reporter on retired or inactive status if there are any current or pending complaints or formal disciplinary actions against the court reporter, or if the court reporter's certificate is revoked or suspended pursuant to formal disciplinary action.

e)(1) A court reporter who holds a retired certificate will be exempt from payment of the certificate renewal fees and the continuing education requirements. However, the holder of a retired certificate may not engage in the practice of court reporting in Oklahoma.

(2) A court reporter who is granted inactive status will be exempt from payment of the certificate renewal fees and the continuing education requirements for the State of Oklahoma. However, those reporters granted inactive status may not engage in the practice of court reporting in Oklahoma.

 

f) A court reporter who holds a retired certificate, or an inactive status court reporter who has not been actively employed as a reporter elsewhere, may apply to the Board to have his/her certificate reinstated to active status within twelve (12) months from the date on which the retired or inactive status became effective. Such reinstatement application must be in writing, in letter form, and submitted to the Administrative Director of the Courts, and shall be accompanied by the following:

1) Payment of an amount equal to the annual certificate renewal fee;

2) Payment of a reinstatement fee, in an amount to be determined by the Board and approved by the Supreme Court; and

3) Proof of completion of four (4) hours of continuing education within the twelve (12) months immediately preceding the date of reinstatement request.

g)(1) A court reporter whose certificate has been in retired status for more than twelve (12) months is not eligible for reinstatement, and must pass the Oklahoma certified shorthand reporter examination and meet the other eligibility requirements provided in the statutes and rules applicable to certified shorthand reporters.

(2) A court reporter who is granted inactive status and who has not been actively employed as a reporter elsewhere for more than twelve (12) months is not eligible for reinstatement, and must pass the Oklahoma certified shorthand reporter examination and meet the other eligibility requirements provided in the statutes and rules applicable to certified shorthand reporters.

(3) A court reporter on an inactive status in Oklahoma who has remained fully credentialed and certified as a court reporter in another jurisdiction since the date they became inactive in Oklahoma may apply to the Board to have their certificate reinstated to active status within three (3) years from the date on which the inactive status became effective. Requests for reinstatement made beyond three (3) years will not be granted without the court reporter applying for Certification by Reciprocity or passing the Oklahoma certified shorthand reporter examinations and meeting the other eligibility requirements provided in the statutes and rules applicable to certified shorthand reporters. Timely reinstatement applications made within three (3) years must be in writing, in letter form, and submitted to the Administrative Director of the Courts, and shall be accompanied by the following:

i.) Proof of certification as a court reporter in good standing in another jurisdiction during the period of time they were granted inactive status in Oklahoma, with any temporary periods of time of non certification as a court reporter in any jurisdiction not to exceed twelve (12) consecutive months.

ii.) Payment of a reinstatement fee, in an amount to be determined by the Board and approved by the Supreme Court.

 

EXHIBIT A

Oklahoma Rules of the State Board of Examiners of Certified Shorthand Reporters

Proposed Amendments

Rule 24 Voluntary Retired Certificate Status and Inactive Status

Rule 24. Voluntary Retired Certificate Status and Inactive Status

a)(1) A person enrolled in good standing as a certified shorthand reporter may apply to the Board to have his/her certificate placed in voluntary retired status. Such application must be in writing, in letter form, and submitted to the Administrative Director of the Courts.

(2) A person enrolled in good standing as a certified shorthand reporter may apply to the Board to have his/her certificate placed on inactive status. Such application must be in writing, in letter form, and submitted to the Administrative Director of the Courts.

b) To qualify for either retired or inactive status, a court reporter's certificate must be current. A payment of any accrued certificate renewal fee, delinquent payment fee, continuing education penalty fee, or continuing education suspension fee must be submitted with the application for retired or inactive status. If the court reporter's certificate is current and in good standing, no fee is required to apply for retired or inactive status.

c) Qualifying applications for voluntary retired status and inactive status may be granted without formal action by the Board.

d) The Board shall deny a request to place a court reporter on retired or inactive status if there are any current or pending complaints or formal disciplinary actions against the court reporter, or if the court reporter's certificate is revoked or suspended pursuant to formal disciplinary action.

 

e)(1) A court reporter who holds a retired certificate will be exempt from payment of the certificate renewal fees and the continuing education requirements. However, the holder of a retired certificate may not engage in the practice of court reporting in Oklahoma.

(2) A court reporter who is granted inactive status will be exempt from payment of the certificate renewal fees and the continuing education requirements for the State of Oklahoma. However, those reporters granted inactive status may not engage in the practice of court reporting in Oklahoma.

f) A court reporter who holds a retired certificate, or an inactive status court reporter who has not been actively employed as a reporter elsewhere, may apply to the Board to have his/her certificate reinstated to active status within twelve (12) months from the date on which the retired or inactive status became effective. Such reinstatement application must be in writing, in letter form, and submitted to the Administrative Director of the Courts, and shall be accompanied by the following:

1) Payment of an amount equal to the annual certificate renewal fee;

2) Payment of a reinstatement fee, in an amount to be determined by the Board and approved by the Supreme Court; and

3) Proof of completion of four (4) hours of continuing education within the twelve (12) months immediately preceding the date of reinstatement request.

g)(1) A court reporter whose certificate has been in retired status for more than twelve (12) months is not eligible for reinstatement, and must pass the Oklahoma certified shorthand reporter examination and meet the other eligibility requirements provided in the statutes and rules applicable to certified shorthand reporters.

(2) A court reporter who is granted inactive status and who has not been actively employed as a reporter elsewhere for more than twelve (12) months is not eligible for reinstatement, and must pass the Oklahoma certified shorthand reporter examination and meet the other eligibility requirements provided in the statutes and rules applicable to certified shorthand reporters.

 

(3) A court reporter on an inactive status in Oklahoma who has remained fully credentialed and certified as a court reporter in another jurisdiction since the date they became inactive in Oklahoma may apply to the Board to have their certificate reinstated to active status within three (3) years from the date on which the inactive status became effective. Requests for reinstatement made beyond three (3) years will not be granted without the court reporter applying for Certification by Reciprocity or passing the Oklahoma certified shorthand reporter examinations and meeting the other eligibility requirements provided in the statutes and rules applicable to certified shorthand reporters. Timely reinstatement applications made within three (3) years must be in writing, in letter form, and submitted to the Administrative Director of the Courts, and shall be accompanied by the following:

i.) Proof of certification as a court reporter in good standing in another jurisdiction during the period of time they were granted inactive status in Oklahoma, with any temporary periods of time of non certification as a court reporter in any jurisdiction not to exceed twelve (12) consecutive months.

ii.) Payment of a reinstatement fee, in an amount to be determined by the Board and approved by the Supreme Court.

 

The Oklahoma Supreme Court
2100 N. Lincoln Blvd., Suite 1
Oklahoma City, OK 73105